## BENNETT v. MAYOR AND COUNCIL OF WAYCROSS.

SIMMONS, C. J. The evidence, though conflicting, was sufficient to authorize the judgment of the municipal court complained of in the petition for certiorari. This being so, and the only question made by such petition being whether or not that judgment was contrary to law and evidence, there was no error in overruling the certiorari.

*Judgment affirmed. All the Justices concurring.*

Submitted October 27,—Decided November 27, 1897.

Certiorari. Before Judge Sweat. Ware superior court. July 30, 1897.

*C. C. Thomas*, for plaintiff in error.
*John C. McDonald*, contra.

---

## SAVANNAH, FLORIDA & WESTERN RAILWAY CO. v. UPTON.

SIMMONS, C. J. There was no material error in the charges complained of, and the evidence warranted the verdict. While it was large, it was approved by the trial judge, and this court can not say as matter of law that it was excessive. *Judgment affirmed. All the Justices concurring.*

Argued October 27,—Decided November 27, 1897.

Action for damages. Before Judge Sweat. Charlton superior court. July 15, 1897.

*Erwin, duBignon & Chisholm*, for plaintiff in error.
*Toomer & Reynolds*, contra.